

**ORDERED in the Southern District of Florida on December 16, 2022.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re: MARK JOHN WHITEHEAD, | Case No. 20-13399-EPK. |
| | Chapter 7 |
| _____Debtor._____/ | |
| | |
| DONALD OKADA and | |
| ROCKFORD INVESTMENTS, INC., | Adv. Proc. No. 20-01252-EPK |
| | |
| Plaintiffs, | |
| v. | |
| | |
| MARK JOHN WHITEHEAD, | |
| | |
| _____Defendant._____/ | |

**CONSENT FINAL JUDGMENT OF NONDISCHARGEABILITY**

THIS CAUSE came before the Court in chambers, upon the agreement of the parties, and pursuant to a mediated settlement agreement approved by the Court by separate Order. Based on the agreement and the Court's approval thereof, the Court finds and concludes as follows:

1. Judgment is hereby entered in favor of Donald Okada and against Mark Whitehead in the amount of $1,200,000.00, which is excepted from discharge pursuant to §

523(a)(6)[1], and for which let execution issue.

### 

Submitted by:

Stephen C. Breuer, Esq.
FBN 99709
Breuer Law, PLLC
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487
Telephone     954-607-3244
Fax                954-607-3244
Email:           Stephen@breuer.law

Stephen C. Breuer shall serve a copy of the signed order on all parties entitled to service thereof and file with the court a certificate of service.

---

[1] 11 U.S.C. § 523(a)(6) states:

  (a)  A discharge under section 727, 1141, 1192, 1228(a), 1228(b), or 1328(b) of this title does not discharge an individual debtor from any debt—

  …

  (6)  for willful and malicious injury by the debtor to another entity or to the property of another entity…